ACCEPTED
01-15-00126-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 11:34:37 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00126-CV

### IN THE FIRST COURT OF APPEALS
### FOR THE STATE OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 11:34:37 AM
CHRISTOPHER A. PRINE
Clerk

VOID K

In re TMX Finance of Texas, Inc.; TitleMax of Texas, Inc.; and TMX Finance LLC

Original Proceeding from the 152nd Judicial District Court,
Harris County, Texas, Trial Court Cause No. 2013-33584,
the Honorable Robert Schaffer, Presiding Judge

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 11:34:37 AM
CHRISTOPHER A. PRINE
Clerk

### DANIEL JOHNSON'S UNOPPOSED MOTION IN SUPPORT OF THE *PRO HAC VICE* ADMISSION OF SARAH POWERS

Attorney Daniel Johnson, counsel for real parties in interest in the above-captioned appeal, files this Unopposed Motion in Support of the *Pro* Hac *Vice* Admission of Non-Resident Attorney Sarah Powers, pursuant to Rule XIX(b) of the Texas Rules Governing Admission to the Bar, and respectfully shows the Court as follows:

I am an attorney with Sutherland Asbill & Brennan LLP, 1001 Fannin Street, Suite 3700, Houston, Texas 77002, a resident of the State of Texas, a member of the State Bar of Texas, and licensed to practice in the State of Texas.

Non-resident attorney Sarah Powers, who moves for *pro hac vice* admission in an accompanying motion, will be associated with the undersigned. The undersigned finds Ms. Powers to be a reputable attorney and recommends that Ms. Powers be granted permission to participate before this Court in the above-captioned appeal.

WHEREFORE, movant, Daniel Johnson seeks the admission of Sarah Powers *pro hac vice* to participate before this Court in the above-captioned case.

Dated: March 6, 2015

Respectfully submitted,

SUTHERLAND ASBILL & BRENNAN LLP

By: *    /s/ Daniel Johnson    *
    Daniel Johnson (SBN 24046165)
    Robert A. Lemus (SBN 24052225)
    1001 Fannin Street, Suite 3700
    Houston, Texas 77002
    Telephone: (713) 470-6100
    Facsimile: (713) 654-1301
    E-mail: daniel.johnson@sutherland.com
    E-mail: robert.lemus@sutherland.com

    And

WARGO & FRENCH LLP
    Joseph D. Wargo (GA No. 738764)
    Abigail Stecker Romero (CA No. 284534)
    999 Peachtree Street, N. E., 26th Floor
    Atlanta, Georgia 30309
    Telephone: (404) 853-1500
    Facsimile: (404) 853-1501
    E-mail: jwargo@wargofrench.com
    E-mail: aromero@wargofrench.com

WARGO & FRENCH LLP
    Sarah F. Powers (CA No. 238184)
    (*Pro Hac Vice* Admission Pending)
    Christina L. Goebelsmann (CA No. 273379)
    1888 Century Park E, Suite 1520
    Los Angeles, California 90067
    Telephone: (310) 853-6300
    Facsimile: (310) 853-6333

E-mail: spowers@wargofrench.com
E-mail: cgoebelsmann@wargofrench.com

*Attorneys for Real Parties In Interest*
*Wellshire Financial Services, LLC, d/b/a*
*LoanStar Title Loans, d/b/a MoneyMax Title*
*Loans, and d/b/a LoanMax; Meadowwood*
*Financial Services, LLC, d/b/a LoanStar*
*Title Loans, and d/b/a MoneyMax Title*
*Loans; and Integrity Texas Funding, LP*

## CERTIFICATE OF CONFERENCE

I, Daniel Johnson, hereby certify that we conferred with counsel for Defendants on March 5, 2015, concerning the Unopposed Motion for *Pro Hac Vice* Admission of Sarah Powers. Counsel for Defendants confirmed that they are unopposed to the Motion.

*/s/ Daniel Johnson*
Daniel Johnson

3

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy of the within and foregoing instrument in accordance with the Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), (e), to all counsel of record on this 6th day of March 2015.

*Via e-filing*
Roland Garcia, Jr.
L. Bradley Hancock
Mary Olga Lovett
Christopher David Johnsen
GREENBURG TRAURIG, LLP
1000 Louisiana, Suite 1700
Houston, Texas 77002
*(Attorneys for Relators TMX Finance of Texas, Inc.;*
*TitleMax of Texas, Inc.)*

*Via e-filing*
David Beck
Geoffrey A. Gannaway
Bryon Rice
BECK REDDEN LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010
*(Attorneys for Relator TMX Finance, LLC)*

*/s/ Daniel Johnson*
Daniel Johnson
